IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01125-MEH

SHAMONE McEWEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on September 14, 2015, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Shamone McEwen.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

    DATED at Denver, Colorado this 14th  day of September, 2015.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/ S. Libid
    S. Libid, Deputy Clerk